Honorable  Edward F. Shea

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANNE STEVENSON, an individual, AMBER SECRIST-BELL, an individual and VALYRIE MACOSKY, an individual,<br><br>               Plaintiffs,<br><br>     v.<br><br>BIG LOTS STORES, INC., a foreign corporation,<br><br>               Defendant. | No.  CV 05-0058 EFS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[~~PROPOSED~~] |

     IT IS ORDERED that all claims against Big Lots Stores, Inc. in this matter are dismissed with prejudice and without any attorney's fees or costs to any party.

     Dated this _19th_ day of __October__, 2005.


                           ____s/ Edward F. Shea_____
                           Honorable Edward F. Shea
                           United States District Judge

**Jackson Lewis, LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

Presented by:

JACKSON LEWIS LLP


By: s/Michael A. Griffin
  Michael A. Griffin, WSBA #29103
  Barry Alan Johnsrud, WSBA 21952
  Jackson Lewis LLP
  600 University Street, Suite 2900
  Seattle, WA 98101
  (206) 405-0404
  E-mail: griffinm@jacksonlewis.com
  E-mail: johnsrudb@jacksonlewis.com
  Attorneys for Defendant Big Lots Stores, Inc.


LAW OFFICE OF CHRISTINE M. WEAVER, P.S.


By: s/ Christine M. Weaver
  Christine M. Weaver, WSBA # 20845
  Crystal B. Spielman, WSBA #34194
  Law Office of Christine M. Weaver, P.S.
  9011 E. Valleyway Avenue
  Spokane Valley, WA  99212
  Tel: (509) 924-5181
  Fax: (509) 924-3403
  Email:  cw@cweaverlaw.com
  Email:  cs@cweaverlaw.com
  Attorneys for Plaintiffs

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

I hereby certify that on the 19th day of October, 2005, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Christine M. Weaver
Crystal B. Spielman
Law Office of Christine M. Weaver, P.S.
9011 E. Valleyway Avenue
Spokane Valley, WA 99212
Email: cw@cweaverlaw.com
Email: cs@cweaverlaw.com

Dated this 19th day of October 2005, at Seattle, Washington.

_____
Anita C. Neighbors

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 3
(CV 05-0058 EFS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404